UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS ROBINSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RYAN DOTE, and others,<br><br>　　　　Defendants. | Case No. 19-cv-06768<br><br>**ORDER FOLLOWING PRETRIAL CONFERENCE**<br><br>Re: ECF 86 |

The Court held a pretrial case management conference on November 3, 2021. This order summarizes the events discussed at the conference:

1. LOCATION: The trial will take place Courtroom 6, on the 4th floor.
2. COURTROOM WALK-THROUGH:. The parties will coordinate with my Courtroom Deputy, Lili Harrell, to schedule a tech rehearsal.
3. JURY TRIAL SCHEDULE: The trial will begin with opening statements after jury selection on Monday November 22, 2021. The first witness will be called on Tuesday November 23, 2021. The trial will run from 9:00 a.m. through 4:00 p.m. each weekday with a morning break, lunch break, and afternoon break. There will be no trial on November 25, 2021 and November 26, 2021. Following considerations of motions in limine, the Court will grant each side six hours for evidence and arguments.

4. MASK POLICY: The Court requires all individuals to wear masks inside the courtroom. Witnesses and attorneys may wear clear masks for their testimony and opening and closing statements.

5. JURY SELECTION: Jury selection will take place on Monday, November 22, 2021, at 9:00 a.m. in Courtroom 1. The jurors for this case will be selected from 50 jurors called. The jurors will come to Courtroom 1 in groups of no more than 20 jurors. The parties will each have 20 minutes for voir dire of each group. Each side will have 3 preemptory challenges total for all approximately 50 jurors. Eight jurors will be selected.

6. JURY INSTRUCTIONS: The Court will post proposed opening jury instructions on ECF by November 15, 2021. The parties must review the proposed instructions and present any objections to the Court by November 16, 2021.

7. WITNESSES GENERALLY: Only one attorney per side will be permitted to question and object to the testimony of each witness. Additionally, aside from during jury selection, witnesses are not permitted in the courtroom until they complete all of their testimony, including rebuttal testimony.

8. VERDICT FORM: The Court will post a proposed verdict form on ECF by November 22, 2021. The parties must review the proposed form and present any objections to the Court by November 23, 2021.

**IT IS SO ORDERED.**

Dated: November 8, 2021

_____
NATHANAEL M. COUSINS
United States Magistrate Judge